IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| LUCIOUS JENE KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 96-C-1231-NE |
| | ) | |
| CULLMAN COUNTY, | ) | |
| BRIAN BUGLER, | ) | |
| THE STATE OF ALABAMA, | ) | |
| WARDEN E. L. HARRELSON, | ) | |
| DR. GEORGE LYRENE, and | ) | |
| COMMISSIONER RON JONES, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
97 JAN 30 PM 3: 40
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JAN 31 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, defendant Lyrene's motion for summary judgment is due to be granted, defendants Bugler's, Cullman County's, State of Alabama's, and Harrelson's motions to dismiss are due to be granted, and this complaint is due to be dismissed. An appropriate order will be entered.

DONE, this 30th day of January, 1997.

U. W. CLEMON,
UNITED STATES DISTRICT JUDGE